IT IS ORDERED as set forth below:

Date: July 05, 2011

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| JASON PATRICK | { | |
| | { | CASE NO. A11-65396-WLH |
| DEBTOR | { | |
| | { | JUDGE HAGENAU |

ORDER DISMISSING CASE FOR FAILURE TO COMPLY
WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)

This matter came before the Court at a regularly scheduled hearing on June 29, 2011 at 10:15 a.m. on the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b).  It appears that Debtor is ineligible to be in Chapter 13 based on the fact that Debtor has failed to certify attendance at credit counseling from an approved agency within 180 days prior to filing required under 11 U.S.C. §109(h) and 11 U.S.C. § 521(b). Therefore, it is hereby

**ORDERED**, that the Trustee's Motion is **GRANTED** and this case is **DISMISSED**. The clerk is directed to serve this order on all parties in the case.

**END OF DOCUMENT**

Presented by:

/s/_____
Melissa J. Davey
Chapter 13 Trustee
GA Bar No.: 206310
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

## DISTIBUTION LIST

**CASE NO. A11-65396-WLH**

Debtor:
Jason Patrick
511 Rock Meadow Dr
Stone Mountain, GA 30088

Attorney for Debtor:
Pro Se

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

*(ALL CREDITORS LISTED ON MAILING MATRIX)*